IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| JULIO PABLO MORALES,<br>    a/k/a "Pablo Martinez,"<br>RUBEN VELEZ,<br>    a/k/a "Roberto Hernandez" | :<br><br>:<br><br>:<br><br>:<br><br>: | VIOLATIONS:<br>21 U.S.C. § 841(a)(1) (possession with intent to distribute controlled substances - 2 counts)<br>18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking crime - 1 count)<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a convicted felon - 2 counts) |

**INDICTMENT**

**COUNT ONE**

THE GRAND JURY CHARGES THAT:

On or about August 30, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**JULIO PABLO MORALES,**
**a/k/a "Pablo Martinez," and**
**RUBEN VELEZ,**
**a/k/a "Roberto Hernandez,"**

knowingly and intentionally possessed with intent to distribute, and aided and abetted the possession with intent to distribute of, 50 grams or more, that is, approximately 140 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 30, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**JULIO PABLO MORALES,
a/k/a "Pablo Martinez," and
RUBEN VELEZ,
a/k/a "Roberto Hernandez,"**

knowingly and intentionally possessed with intent to distribute, and aided and abetted the possession with intent to distribute of, 500 grams or more, that is, approximately 1,040 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 30, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**JULIO PABLO MORALES,**
a/k/a "Pablo Martinez," and
**RUBEN VELEZ,**
a/k/a "Roberto Hernandez,"

knowingly possessed, and aided and abetted the possession of, a firearm, that is, a loaded Smith & Wesson 9mm semi-automatic handgun with serial number VLN6544, in furtherance of a drug trafficking crime for which they may be prosecuted in a Court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 30, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JULIO PABLO MORALES,
a/k/a "Pablo Martinez,"**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, and aided and abetted the possession of, in and affecting interstate commerce, a firearm, that is, a loaded Smith & Wesson 9mm semi-automatic handgun, with serial number VLN6544.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 30, 2005 in Philadelphia, in the Eastern District of Pennsylvania, defendant

**RUBEN VELEZ,
a/k/a "Roberto Hernandez,"**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, and aided and abetted the possession of, in and affecting interstate commerce, a firearm, that is, a loaded Smith & Wesson 9mm semi-automatic handgun, with serial number VLN6544.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**PATRICK L. MEEHAN
UNITED STATES ATTORNEY**