# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:  *06 - 338- 2*

    **AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **May 17, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Timothy Barker | Reg. No. 45958-054 |
| Darryl K. Barnes | Reg. No. 59449-066 |
| Blake Demond Beard | Reg. No. 54412-019 |
| Michael Dwight Brown | Reg. No. 34828-037 |
| Timothy Wayne Calhoun | Reg. No. 70061-079 |
| Terrance Cox | Reg. No. 20972-076 |
| Arthur Edmonds | Reg. No. 25203-050 |
| Carroll Fletcher | Reg. No. 19977-101 |
| Darryl C. Gillard | Reg. No. 08333-035 |
| Pablo Gonzalez, Jr. | Reg. No. 66638-079 |
| Rogel Grant | Reg. No. 59205-066 |
| Lionel Joseph Henderson, Jr. | Reg. No. 12794-035 |
| Roy Lee Hodgkiss | Reg. No. 52403-080 |
| Adrien Tyrell Horne | Reg. No. 25716-056 |
| Robert Jackson, Sr. | Reg. No. 12762-018 |
| Tony Lanier Jackson | Reg. No. 09703-021 |
| Lonnie Jennings | Reg. No. 19289-424 |
| Audrey Louis Johnson, Jr. | Reg. No. 10446-033 |
| Oscar Lopez,<br>   aka Oscar López-Rivera | Reg. No. 11394-018 |
| Connie Lee Lyons | Reg. No. 11394-018 |
| Adan Nieves Martinez,<br>   aka Adam Martinez | Reg. No. 09460-059 |
| Kevin C. McFerren | Reg. No. 15029-076 |
| Alphonse Milan | Reg. No. 04876-095 |
| Muff't Ishmael Mustaafa | Reg. No. 12659-026 |
| Andre Nelson,<br>   aka Terrell Andre Nelson | Reg. No. 50648-083 |
| Gregory Newton | Reg. No. 08137-029 |
| Wesley Eugene Northington | Reg. No. 06856-028 |
| William Ortiz | Reg. No. 19003-054 |
| David Javier Perez | Reg. No. 16007-084 |
| Deneise Ann Quintanilla | Reg. No. 56026-079 |
| Rodrikus Marshun Robinson | Reg. No. 02188-057 |
| Bruce Samuels,<br>   aka Briscoe Samuels,<br>   aka Bruce Bynum | Reg. No. 25569-083 |
| Stephen Dale Schnepf | Reg. No. 03453-029 |
| Adrian Scott | Reg. No. 28902-037 |
| Vincent B. Snyder | Reg. No. 75936-004 |
| Dwight M. Spencer | Reg. No. 04182-017 |
| Lulummba Clay Travis | Reg. No. 05551-032 |
| Yolanda Triana,<br>   aka Yolanda Jean Rodriguez | Reg. No. 04441-063 |
| Warren Lee Underwood | Reg. No. 57245-097 |
| Rashard Kimako Wagner | Reg. No. 11847-171 |
| Ralph Darrell Warren | Reg. No. 41416-060 |
| Keith Wooten | Reg. No. 23194-050 |
| Michael Wayne Wright | Reg. No. 24493-034 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **May 17, 2017**. I also remit the unpaid balance of the fine imposed by the court on each respective person. I leave intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each named person on prerelease custody as soon as possible:

| | |
|---|---|
| **Cesar Moreno, Sr.** | Reg. No. 71488-079 |
| **Eduardo Moreno** | Reg. No. 71489-079 |
| **Lazaro Moreno** | Reg. No. 71491-079 |
| **Luis Moreno** | Reg. No. 71492-079 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **January 17, 2018**. I leave intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each named person on prerelease custody as soon as possible:

| | |
|---|---|
| **Brian Keith Harvey** | Reg. No. 18725-018 |
| **Tressie Walker** | Reg. No. 10423-026 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **120 months' imprisonment,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Randolph Key** | Reg. No. 17124-171 |
| **Tracy Moorehead** | Reg. No. 41233-424 |
| **Willie Myers, Jr.** | Reg. No. 16959-171 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Ulysses Simon Bonie** | Reg. No. 17231-171 |
| **Jesse Jackson** | Reg. No. 39514-048 |
| **Kunta Kenta Redd** | Reg. No. 51268-056 |
| **Kevin Williams** | Reg. No. 22012-076 |
| **Brenz Kaiwaena Wright** | Reg. No. 57767-019 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment,** leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Antwan Boyd** | Reg. No. 50246-018 |
| **Rickey Calloway** | Reg. No. 10431-033 |
| **Leonard Lyle Fontenot** | Reg. No. 12594-035 |
| **Willard Wayne Howard** | Reg. No. 41368-074 |
| **John E. Stewart** | Reg. No. 10624-033 |
| **Ruben Velez** | Reg. No. 20465-068 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**. I also remit the unpaid balance of the fine imposed by the court that may remain when respective person's sentence expires. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Kelvin Dandrea Cotton** | Reg. No. 15949-179 |
| **Omar Demortius Williams** | Reg. No. 56545-180 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **262 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Valarian Jaymonn Brown** | Reg. No. 54816-018 |
| **Vandarrell Leon Doe,** | Reg. No. 12356-021 |
| **aka Dwan Devon Doe** | |
| **Bobby Eugene Mitchell** | Reg. No. 26741-001 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **300 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Chris Coleman** | Reg. No. 20304-045 |
| **Raymond M. Walker, III** | Reg. No. 07720-028 |
| **Randy Gean Williams,** | Reg. No. 40081-050 |
| **aka Malik Strong** | |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Roland J. Bailey** | Reg. No. 06791-016 |
| **Robert Booker** | Reg. No. 19040-039 |
| **Raymond Brown** | Reg. No. 25772-056 |
| **Paul Anthony Cass** | Reg. No. 26342-001 |
| **Iris Yolanda Davila** | Reg. No. 52919-066 |
| **Leonard Jones,** | Reg. No. 05248-036 |
| **aka Anthony James** | |
| **Tony Mitchell** | Reg. No. 20705-076 |
| **Stefan Valenti Mosley** | Reg. No. 37861-037 |
| **Miguel Angel Quintanilla** | Reg. No. 56027-079 |
| **Nathaniel Salery** | Reg. No. 09306-002 |
| **Axel Santos-Cruz** | Reg. No. 51969-066 |
| **Matthew Arrington Turner** | Reg. No. 22489-424 |
| **Kenneth Gary Washington** | Reg. No. 09016-035 |
| **Alfred Leonard Williams** | Reg. No. 02391-025 |
| **Rodney Anton Williamson** | Reg. No. 23534-057 |
| **John F. Winkelman, Jr.** | Reg. No. 10506-067 |
| **Terry Woods** | Reg. No. 22037-057 |

I hereby further commute the total sentence of imprisonment imposed upon **Jerry Jerome Anderson**, Reg. No. 82944-020, to expire on **January 17, 2020**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Henry Robert Brown**, Reg. No. 07719-424, to a term of **292 months' imprisonment**. I also remit the unpaid balance of the $450,000 money judgment imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Christopher M. DePree**, Reg. No. 31871-044, to expire on **July 16, 2017**, leaving intact and in effect the four-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Daryl Edwards**, Reg. No. 22717-018, to a term of **360 months' imprisonment**, leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Daryl Edwards**, Reg. No. 22717-018, on prerelease custody during the final year of his sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Donnell Bartholomew Ford**, Reg. No. 09934-424, to a term of **300 months' imprisonment**. I also remit the unpaid balance of the $10,000 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **David Louis Hunter**, Reg. No. 75096-004, to a term of **210 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kenya Lasale Nicholson**, Reg. No. 15435-064, to a term of **324 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Bobby Wayne Reed**, Reg. No. 72743-079, to a term of **360 months' imprisonment**. I also remit the unpaid balance of the $25,000 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Jermaine Darnell Samuels**, Reg. No. 11105-030, to a term of **180 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Gino Velez Scott**, Reg. No. 85741-020, to a term of **264 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Brian Lafonta Smith**, Reg. No. 13300-041, to a term of **150 months' imprisonment**, leaving intact and in effect the four-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kelzin Squirewell**, Reg. No. 99859-071, to a term of **138 months' imprisonment**, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Douglas Lee Stallworth**, Reg. No. 13353-084, to a term of **168 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Dashon Coverta Starks**, Reg. No. 22808-018, to a term of **288 months' imprisonment**, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Ronald Toms**, Reg. No. 00275-748, to a term of **352 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Andres Wilfredo Torriente** Reg. No. 09811-031, to a term of **163 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Eric Wilson**, Reg. No. 06831-424, to a term of **424 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this*
*Seventeenth day of January in the year of*
*our Lord Two thousand and seventeen and*
*of the Independence of the United States the*
*two hundred and forty-first.*

**BARACK OBAMA**
**President**